[No. 42299-5-I.    Division One.    April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARRIETTA
BEVERLY OTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00863-2, Ronald L. Castleberry, J., entered March 4, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42617-6-I.    Division One.    April 12, 1999.]

NANCY ELLWEIN, ET AL., *Appellants*, v. HARTFORD ACCIDENT
AND INDEMNITY CO., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-02868-5, J. Kathleen Learned, J., entered April 16, 1998. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker and Cox, JJ. Now published at 95 Wn. App. 419.

[No. 42735-1-I.    Division One.    April 12, 1999.]

HARRISON V. BARTH, *Appellant*, v. ALLSTATE INSURANCE
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-03614-1, Joseph A. Thibodeau, J., entered May 8, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Appelwick, JJ. Now published at 95 Wn. App. 552.

[No. 42742-3-I.    Division One.    April 12, 1999.]

CHRISTOPHER P. BAXTER, *Respondent*, v. CURTIS REUSSER,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-03593-7, J. Kathleen Learned, J., entered May 15, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Baker, J.